**Xavier McCLINTON Petitioner–**
**Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 05–2360.

United States Court of Appeals,
Seventh Circuit.

Submitted Nov. 10, 2005.[*]

Decided Nov. 21, 2005.

Morris D. Berman, Madison, WI, for Petitioner–Appellant.

Alice H. Green, Office of the United States Attorney, Madison, WI, for Respondent–Appellee.

Before FAIRCHILD, EVANS, and SYKES, Circuit Judges.

ORDER

In 1996 a jury found Xavier McClinton guilty of conspiracy to distribute cocaine,

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).

21 U.S.C. §§ 841(a)(1), 846, and the district court sentenced him to 188 months in prison after finding by a preponderance of the evidence several facts that increased his sentencing guideline range. In this action under 28 U.S.C. § 2255, McClinton seeks to have his sentence vacated in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). McClinton acknowledges that we have already decided that *Booker* does not apply retroactively in collateral proceedings, *McReynolds v. United States,* 397 F.3d 479 (7th Cir.2005). That case addresses the arguments he now presents, and we see no need to revisit it.

AFFIRMED.